UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THOMAS J. AYERS, ) <br> ) <br>       Plaintiff ) <br> ) <br> vs. ) <br> ) <br> JOSEPH MARKIEWICZ, MARY BETH ) <br> MARKIEWICZ, DOUGLAS WEIR, ) <br> LEADERSHIP TEAM DEVELOPMENT, ) <br> INC., and AMWAY CORPORATION, ) <br> ) <br>       Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:23-CV-442-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to compel arbitration [D.E. 34, 36, 39], DISMISSES WITHOUT PREJUDICE plaintiff's complaint, and ORDERS plaintiff to arbitrate his claims.

This Judgment filed and entered on May 9, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

May 9, 2024

                                                         Peter A. Moore, Jr.
                                                         Clerk of Court

                                         By: /s/ Stephanie Mann
                                                   Deputy Clerk