FILED: October 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1541
(5:23-cv-00442-D-BM)

_____

THOMAS J. AYERS

       Plaintiff - Appellant

v.

JOSEPH MARKIEWICZ; MARY BETH MARKIEWICZ; DOUGLAS WEIR; LEADERSHIP TEAM DEVELOPMENT, INC.; AMWAY CORPORATION

       Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                         /s/ NWAMAKA ANOWI, CLERK